# United States Bankruptcy Court
## Northern District of California

In re **HashFast LLC**  
Debtor(s)

Case No. **14-30866**  
Chapter **11**

# CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **June 6, 2014**

**/s/ Jessica M. Mickelsen**
Signature of Attorney
**Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310-788-4425   Fax: 310-788-4471**

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425