CreForm4.Txt

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425

Case: 14-30866    Doc# 7-1    Filed: 06/09/14    Entered: 06/09/14 14:46:43    Page 1 of 1