TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    JULIE M. GLOSSON
        Trial Attorney (#230709)
        Email: Julie.m.glosson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | No. 14-30866 DM |
| HASHFAST LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Julie M. Glosson
    235 Pine Street, Suite 700
    San Francisco, CA 94104-2745
    Email: Julie.M.Glosson@usdoj.gov

Dated: June 9, 2014                    TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE

                                       /s/ Julie M. Glosson
                                       Julie M. Glosson
                                       Office of the United States Trustee
                                       235 Pine Street, Suite 700
                                       San Francisco, CA 94104
                                       Telephone: (415) 705-3333
                                       Facsimile: (415) 705-3379