# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: iaguilar | Date Created: 6/11/2014 |
| Case: 14−30866 | Form ID: OFFBUS | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
aty     Jessica M. Mickelsen     jessica.mickelsen@kattenlaw.com
aty     Julie M. Glosson     julie.m.glosson@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     HashFast LLC     100 Bush Street #650     San Francisco, CA 94103

TOTAL: 1