# Notice Recipients

District/Off: 0971−3     User: iaguilar     Date Created: 6/11/2014
Case: 14−30866     Form ID: OFP     Total: 8

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
aty     Jessica M. Mickelsen     jessica.mickelsen@kattenlaw.com
aty     Julie M. Glosson     julie.m.glosson@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     HashFast LLC     100 Bush Street #650     San Francisco, CA 94103
smg     Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacramento, CA 94230
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101−7346
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812−2952

TOTAL: 5