# Notice Recipients

District/Off: 0971−3    User: iaguilar    Date Created: 6/11/2014
Case: 14−30866    Form ID: B9F    Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | HashFast LLC | 100 Bush Street #650 | San Francisco, CA 94103 | | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |
| aty | Jessica M. Mickelsen | Katten Muchin Rosenman LLP | 2029 Century Park E 26th Fl. | Los Angeles, CA 90067−3012 | |
| aty | Julie M. Glosson | Office of the United States Trustee | 235 Pine St. #700 | San Francisco, CA 94104 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 | |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| 13733755 | Sandgate Technologies | 595 Fellowship Road | Chester Springs, PA 19425 | | |

TOTAL: 9