```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                          Case No. 14-30866-DM
HashFast LLC                                                    Chapter 11
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0971-3          User: iaguilar          Page 1 of 1          Date Rcvd: Jun 11, 2014
                              Form ID: B9F            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2014.
db           +HashFast LLC,    100 Bush Street #650,    San Francisco, CA 94104-3932
smg          +Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
               Sacrament, CA 94230-0001
13733755     +Sandgate Technologies,    595 Fellowship Road,    Chester Springs, PA 19425-3618
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jessica.mickelsen@kattenlaw.com Jun 12 2014 02:03:55     Jessica M. Mickelsen,
               Katten Muchin Rosenman LLP,    2029 Century Park E 26th Fl.,    Los Angeles, CA  90067-3012
aty          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Jun 12 2014 02:04:49     Julie M. Glosson,
               Office of the United States Trustee,    235 Pine St. #700,    San Francisco, CA 94104-3484
smg           EDI: EDD.COM Jun 12 2014 01:48:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jun 12 2014 01:48:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg           EDI: IRS.COM Jun 12 2014 01:48:00      IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Jun 12 2014 02:04:49
               Office of the U.S. Trustee / SF,    Office of the U.S. Trustee,    235 Pine St,   Suite 700,
               San Francisco, CA 94104-2745
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2014 at the address(es) listed below:
              Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,   ltroxas@hotmail.com
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 6/6/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
HashFast LLC
100 Bush Street #650
San Francisco, CA 94103

| Case Number:<br>14−30866 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>46−2943554 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Jessica M. Mickelsen<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl.<br>Los Angeles, CA 90067−3012<br>Telephone number: (310)788−4425 | |

## Meeting of Creditors
Date: **July 8, 2014**　　　　　　　　　　　　　　Time: **10:30 AM**
Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **10/6/14**　　　For a governmental unit: **Must file before 180 days after the date relief was entered.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>235 Pine Street, 19th floor (94104)<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415−268−2300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Edward J. Emmons |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 6/11/14 |

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at http://www.canb.uscourts.gov. In the Quick Links section, click on "File an Electronic Proof of Claim." You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices