Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST LLC,<br><br>    Debtor, | Case No. 14-30866<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE<br><br>Judge: Hon. Dennis Montali |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, AND TO ALL OTHER INTERESTED PARTIES HEREIN:**

PLEASE TAKE NOTICE that I, Venkat Balasubramani, of Focal PLLC, enter my notice of appearance and request for special notice (on behalf of Pete Morici[1]) in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. I hereby request special notice of all pleadings, ex parte applications, court notices, motions, statements, schedules and any other documents, papers and/or pleadings pertaining to the above captioned case, or an adversary proceeding connected therewith, including all notices required by the Bankruptcy code, the Rules of Bankruptcy Procedure and/or any other rule of law to be noticed and served on attorneys, creditors, creditor's

---

[1] Morici is plaintiff in the District Court case styled as *Morici v. HashFast Technologies LLC, et al.,* 5:14-cv-00087-HRL (N.D. Cal.), which asserts claims against the Debtor and which is currently stayed.

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE - 1                                       Case No.: 14-30866

committees and/or other parties of interest. Please direct all further service, and other correspondence to the following address:

> Venkat Balasubramani
> **Focal PLLC**
> 800 Fifth Ave, Suite 4100
> Seattle, WA 98104
> Phone: (206) 529-4827
> Fax: (206) 260-3966
> Email: venkat@focallaw.com

Dated: June 16, 2014        Respectfully submitted,

**FOCAL PLLC**

By: s/Venkat Balasubramani
Venkat Balasubramani (SBN 189192)

800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorney for* PETE MORICI

# CERTIFICATE OF SERVICE

I certify that I filed the foregoing Notice of Appearance and Request for Notice via the Court's CM/ECF system which will provide notice to all counsel of record.

Dated, this 16th day of June, 2014

*s/Venkat Balasubramani*
Venkat Balasubramani (SBN 189192)