UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

In Re:

HASHFAST LLC          Case No. 14-30866
               Chapter 11
     Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
BY HOLLAND & KNIGHT LLP FOR SISTEMAS OPERATIVOS SANITARIOS C.A.**

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, W. Keith Fendrick of Holland & Knight LLP hereby files this Notice of Appearance on behalf of Sistemas Operativos Sanitarios C.A. (the "Creditor"), in the above-styled proceeding.

In addition, pursuant to Bankruptcy Rule 2002, the Interested Party requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the undersigned law firm.

                  _____
                  W. Keith Fendrick, Esq.
                  Florida Bar No. 0612154
                  keith.fendrick@hklaw.com
                  HOLLAND & KNIGHT LLP
                  100 N. Tampa St., Suite 4100
                  Tampa, FL 33602
                  Phone: 813-227-8500
                  Fax: 813-229-0134

                  *Attorneys for Sistemas Operativos Sanitarios C.A.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2014, a true and correct copy of the foregoing instrument was furnished via First Class U.S. Mail to the following:

HashFast LLC
100 Bush Street #650
San Francisco, CA 94103
*Debtor*

Jessica M. Mickelsen, Esq.
Katten Muchin Rosenman LLP
2029 Century Park E., 26th Floor
Los Angeles, CA 90067-3012
*Attorney for Debtor*

U.S. Trustee
Office of the U.S. Trustee / SF
235 Pine Street, Suite 700
San Francisco, CA 941-4

_____
Attorney