# United States Bankruptcy Court
## Northern District of California

In re  **HashFast LLC**  
Debtor(s)

Case No. **14-30866**  
Chapter **11**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: 8/14/14

_____  
Signature of Attorney  
**Jessica M. Mickelsen**  
**Katten Muchin Rosenman LLP**  
**2029 Century Park East**  
**Suite 2600**  
**Los Angeles, CA 90067-3012**  
**310-788-4425  Fax: 310-788-4471**

Cypher Enterprises, LLC
Attn: Robert J. Bogdanowicz III
Deans & Lyons, LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201


DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA 94086