# United States Bankruptcy Court
## Northern District of California

In re: **HashFast LLC**, Debtor

Case No. **14-30866**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amy Abascal | Class A Option | 30,000 | Option |
| Asia Alternative Asset Management | Preferred Units | 455,000 | Membership Interest |
| Cara Johnson | Class A Option | 15,000 | Option |
| Chad Spackman | Class A | 666,667 | Membership Interest |
| EarthRise Trust | Preferred Units | 200,200 | Membership Interest |
| Eduardo de Castro | Class B | 3,000,000 | Membership Interest |
| Hannes Eisele | Preferred Units | 75,834 | Membership Interest |
| James de Castro | Class A Option | 400,000 | Option |
| Joe Russel | Class A Option | 20,000 | Option |
| John Skrodenis | Class A | 43,740 | Membership Interest |
| Mardi Jackson | Class A Option | 120,000 | Option |
| Mark Willey | Class A Option | 50,000 | Option |
| Mike Damn | Class A Option | 20,000 | Option |
| Monica Hushen | Class A Option | 370,000 | Option |
| Naval Ravikant | Preferred Units | 75,834 | Membership Interest |
| Naval Ravikant | Class A Option | 40,000 | Option |
| Phil Sadow | Class A Option | 200,000 | Option |
| Port Family Trust | Class A | 666,667 | Membership Interest |

__1__ continuation sheets attached to List of Equity Security Holders

In re   **HashFast LLC**                                        Case No. __14-30866__
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Roy Petrushka | Class A Option | 30,000 | Option |
| RS Ventures Ltd. | Preferred Units | 37,917 | Membership Interest |
| Sean Taffler | Class A Option | 80,000 | Option |
| Simon Barber | Class B | 3,000,000 | Membership Interest |
| Spring Surprise Limited | Preferred Units | 75,834 | Membership Interest |
| Strategic Counsel Corp<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 | Preferred Units | 52,539 | Membership Interest |
| Tim Wong | Class A Option | 280,000 | Option |
| Wells Family Trust | Class A | 666,667 | Membership Interest |
| Xavier | Class A Option | 20,000 | Option |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __8/14/14__        Signature __[signed]__
                                    **Monica Hushen**
                                    **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders