Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: HashFast LLC | Case No.: 14–30866 DM 11 |
| Debtor(s) | Chapter: 11 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above–captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 8/31/14

Claim Number: 12

Creditor: Alexey Minchenkov

Dated: 9/2/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court