# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 9/2/2014 |
| Case: 14−30866 | Form ID: NTCPOC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Elizabeth A. Green    egreen@bakerlaw.com
aty    Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    HashFast LLC    100 Bush Street #650    San Francisco, CA 94103
13817927    Alexey Minchenkov    Asafeva St 2−1−60, St Petersburg, Russia    St Petersburg, AK 194−356

    TOTAL: 2