United States Bankruptcy Court
Northern District of California

In re:                                                      Case No. 14-30866-DM
HashFast LLC                                                Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3        User: dchambers        Page 1 of 1        Date Rcvd: Sep 02, 2014
                         Form ID: NTCPOC       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2014.
db        +HashFast LLC,    100 Bush Street #650,    San Francisco, CA 94104-3932
13817927      Alexey Minchenkov,    Asafeva St 2-1-60, St Petersburg, Russia,    St Petersburg, AK 194-356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2014 at the address(es) listed below:
        Elizabeth A. Green    on behalf of Debtor    HashFast LLC egreen@bakerlaw.com, jdriggers@bakerlaw.com
        Greg P. Campbell    on behalf of Creditor    Nationstar Mortgage LLC ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
        Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
        Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF julie.m.glosson@usdoj.gov
        Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
        Venkat Balasubramani    on behalf of Interested Party Pete    Morici venkat@focallaw.com, pete.morici@alumni.purdue.edu
        W. Keith Fendrick    on behalf of Creditor    Sistemas Operativos Sanitarios C.A. keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
                                                          TOTAL: 7

Form NTCPOC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: HashFast LLC<br>Debtor(s) | Case No.: 14−30866 DM 11<br>Chapter: 11 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 8/31/14

Claim Number: 12

Creditor: Alexey Minchenkov

Dated: 9/2/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court