Signed and Filed: September 28, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.c
        mdelaney@bakerlaw

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Case No.: 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | **ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION**<br><br>Hearing:<br>Date:  September 10, 2014<br>Time:  9:30 a.m. |

On or about July 23, 2014, the Official Committee of Unsecured Creditors (the "Committee") filed a motion (the "Motion") to substantively consolidate the bankruptcy estates of *In re Hashfast Technology, LLC*, case no. 14-30725 DM, and *In re Hashfast, LLC*, case no. 14-30866 DM (collectively, the "Estates").  No opposition to the Motion was filed.

The Motion came on for hearing on September 10, 2014, at 9:30 a.m., in the above-referenced bankruptcy court (the "Court"), the Honorable Dennis Montali presiding.  Appearances were made as stated on the record.

Having considered the Motion and the evidence attached thereto, having received no opposition or objection to the relief requested, finding good cause therefor, and for the reasons stated on the record during the hearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety and the Estates are hereby substantively consolidated into a single estate comprised of all assets of the Estates and subject to all liabilities of each of the Estates.

**IT IS SO ORDERED.**

**\*\* END OF ORDER \*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES