DONNA S. TAMANAHA (WI# 1013199)
Assistant United States Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 14-30866 DM |
| HASHFAST LLC, | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Lynette C. Kelly
> 450 Golden Gate Avenue, Suite 05-0153
> San Francisco, CA 94102
> Email: Lynette.C.Kelly@usdoj.gov

Dated: December 2, 2016

TRACY HOPE DAVIS
UNITED STATES TRUSTEE
/s/ Lynette C. Kelly
Trial Attorney
Office of the United States Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379

Notice of Appearance